IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)                    CR.No. CR 05 111S
)
vs. )                In violation of 18 U.S.C.
)                    § 922(g)(1)
)
BRANDON SMITH )

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about August 18, 2005, in the District of Rhode Island, the defendant BRANDON SMITH, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a 9mm Taurus handgun, serial number TSF73251.

In violation of 18 U.S.C. § 922(g)(1).

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee
_______________________
ZECHARIAH CHAFEE
Assistant U.S. Attorney

Gerard B. Sullivan
_______________________
GERARD B. SULLIVAN
First Assistant U.S. Attorney

Dated: 10.05.05