**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-111S** |
| | ) | |
| **BRANDON SMITH** | ) | |

---

## MOTION FOR CONTINUANCE OF TRIAL

Now comes the accused, Brandon Smith, by and through his counsel, and moves this Honorable Court to continue the trial of this matter, currently scheduled for empanelment on December 6, 2005, for a period of 60 days. In addition, the accused moves that these 60 days be deemed excludable from counting under the Speedy Trial Act. In support of this motion, defendant states that he has not yet received discovery in this matter so therefore has not yet begun plea negotiations.

As required by the Pretrial Discovery Order: The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8).

The interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial, because only by allowing this excludable time can a disposition short of trial be reached in this matter, and it is in the interests of the public, the Court, the United States, and, potentially, the defendant, to dispose of matters without the necessity for a trial.

Respectfully submitted
Brandon Smith
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I mailed a copy of this motion, postage pre-paid, to Zech Chafee, Assistant United States Attorney, on October 31st, 2005.