UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR05-0111S |
| | ) | |
| BRANDON SMITH | ) | |

---

## MOTION FOR SENTENCE CONSIDERATION

Now comes Brandon Smith, the Defendant in the above captioned matter, and moves this Honorable Court, pursuant to Local Rule of Criminal Procedure 32 (2006), to consider and impose a sentence that is sufficient, but not greater than necessary, in compliance with18 U.S.C. § 3553(a). In *United States v. Booker*, 543 U.S. 220, 125 S. Ct. 738 (2005), the Supreme Court struck down the mandatory element of the sentencing guidelines, rendering them advisory only. 125 S. Ct. at 755-56. The Court must now sentence Mr. Philbrook pursuant to 18 U.S.C. § 3553(a) in a reasonable manner. *Id.* at 765-68. After considering all the appropriate information present in this case, the Court should conclude that the advisory guidelines call for a sentence longer than what is sufficient to comply with 18 U.S.C. § 3553(a). Mr. Smith proposes a sentence 18 months of incarceration with substance abuse treatment followed by a period of supervised release. Attached is Mr. Smith's memorandum in support of this motion.

Respectfully Submitted
Brandon Smith,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

Certification

I hereby certify that I caused this motion to be delivered to AUSA Zechariah Chafee, 50 Kennedy Plaza, 8th Floor, Providence 02903, and USPO Kristin Mattias, 36 Exchange Terrace, Providence 02903, on this the 13th day of April, 2006.