IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR.NO. 05-111s |
| | ) | |
| BRANDON SMITH | ) | |

GOVERNMENT'S OBJECTION TO DEFENDANT'S
MOTION FOR SENTENCE CONSIDERATION

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and objects to defendants Motion for Sentence Consideration for the reasons set forth in Government's Memorandum in Support of It's Motion for an Upward Departure.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on the 17th day of April, 2006, I mailed a true copy of the Government's Motion for an Upward Departure by ordinary mail and postage prepaid, to:

Kevin Fitzgerald, Esq.
Federal Defender's Office
10 Westminster Street, Suite 300
Providence, RI 02903

Paula Harvey