**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-111S** |
| | ) | |
| **BRANDON SMITH** | ) | |

---

**MOTION TO EXTEND TIME TO RESPOND TO GOVERNMENT'S MOTION FOR UPWARD DEPARTURE**

Now comes the accused, Brandon Smith, by and through his counsel, and moves this Honorable Court to enlarge the time for filing his response to the government's motion for upward departure for an additional two weeks. In support of this motion, the defendant states that as a result of the government's filing, defense counsel has ordered the change of plea transcript to assist in the preparing of defendant's objection.

Wherefore, the defendant respectfully requests that the deadline for filing his objection to the government's motion for upward departure be enlarged to May 10, 2006.

Respectfully submitted
Brandon Smith
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I mailed a copy of this motion, postage pre-paid, to Zech Chafee, Assistant United States Attorney, on April 28th, 2006.