# United States District Court

DISTRICT OF

Rhode Island

United States of America
V.

Brandon Smith

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER: 05-111S

TO:

Noella Smith
157 Porter Street - 1st Floor
Providence, RI

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>Exchange Terrace<br>Providence, RI 02903 | The Honorable William Smith<br>Courtroom 2 Room 323 |
| | DATE AND TIME<br>May 19, 2006<br>10:30 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK [signature] | 5/12/06 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Kevin J. Fitzgerald, AFD, Federal Public Defender Office, 10 Weybosset Street, Providence, RI 02903 (401) 528-4281

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 5/12/06 | Federal Defender Office<br>10 Weybosset St. #300<br>Providence, RI |
| SERVED | 5/15/06 | 157 Porter St.<br>Providence, RI |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| Noella Smith | ☐ YES ☒ NO AMOUNT $ ______ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Daniel R. Fortier | Investigator |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 5/15/06
Date

[signature]
Signature of Server

FDO - 10 Weybosset St. #300 Providence, RI
Address of Server

ADDITIONAL INFORMATION

In Hand Service.

DISTRICT COURT
DISTRICT OF RHODE ISLAND
2006 MAY 16 P 4:13
FILED