**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **VS.** | : | **CR. NO. 05-111S** |
| **BRANDON SMITH** | : | |

**MOTION FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

NOW COMES the defendant, Brandon Smith, and moves that this Honorable Court order the appearance of Michael Moranlamb, currently incarcerated at the Intake Service Center of the Adult Correctional Institutions for a hearing scheduled by the Court for 10:30 a.m. on Friday, May 19, 2006.

Brandon Smith
By his Attorney,

Kevin J. Fitzgerald
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 18th day of May, 2006, I hand-delivered a true copy of the within motion to Zechariah Chafee, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.