# United States District Court

DISTRICT OF

Rhode Island

United States of America
V.

Brandon Smith

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 05-111S

TO:

Jamie ~~Echiverri~~ ECHAVERRIA
236 Atlantic Avenue - 1st Floor
Providence, RI

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM / DATE AND TIME |
|---|---|
| United States District Court<br>Exchange Terrace<br>Providence, RI 02903 | COURTROOM: The Honorable William Smith<br>Courtroom 2 Room 323 |
| | DATE AND TIME: May 19, 2006<br>10:30 a.m. |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK [signature] | 5/12/06 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Kevin J. Fitzgerald, AFD, Federal Public Defender Office, 10 Weybosset Street, Providence, RI 02903 (401) 528-4281

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 5/12/06 | Federal Defender Office 10 Weybosset St. #300 Providence, RI |
| SERVED | 5/17/06 | R.I. Hospital medical Records Dept. Providence, RI |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| Jamie Echaverria 236 Atlantic Ave 1st Providence, RI | ☐ YES ☒ NO AMOUNT $ |
| **SERVED BY (PRINT NAME)** | **TITLE** |
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 5/18/06
Date

Daniel R Foster
Signature of Server

FDO - 10 Weybosset St. #300 Providence, RI
Address of Server

ADDITIONAL INFORMATION

In hand service.

RHODE ISLAND
DISTRICT COURT
2006 MAY 18 P 12:56
FILED