AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

United States of America v. Brandon Smith

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR05-111S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Zechariah Chafee | Kevin Fitzgerald |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/19/2006 | Anne Clayton | Doreen L. Baldinelli |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | W-1 Gregory Sion |
| | | | | | |
| | B | 5/19/2006 | | F | Photo of 157 Potter Street |
| | C | | | F | Aerial view of 157 Potter Street |
| | A | | | F | Potter Street from Baker/Broad Street |
| | D | | ID | | Witness Statement |
| | | | | | |
| | | | | | W-2 Officer Thomas Zincone, Jr. |
| | E | | | F | Photo of Front Door |
| | | | | | |
| | | | | | W-3 Noella Smith |
| | | | | | W-4 Michael Moran-Lamb |
| | | | | | W-5 Jamie Echaverria |
| | | | | | W-6 Joyce Morales |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.