IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR.NO. 05-111s
)
BRANDON SMITH )

GOVERNMENT'S MOTION FOR AN UPWARD
DEPARTURE PURSUANT TO § 5K2.0

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby moves for an Upward Departure under the guidelines for reasons set forth in the accompanying Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

**DENIED FOR THE REASONS STATED IN OPEN COURT ON MAY 19, 2006.**

WESmith

**WILLIAM E. SMITH**
**U.S. DISTRICT JUDGE**

**DATE:** 5/22/06