USA
Plaintiff

VS: CA:05-111S

Brandon Smith
Defendant

# EXHIBIT RECEIPT

Defendant's exhibits A through E

Attorney Federal Defender Office

Deputy clerk